UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES PANGBORN, | No. 2:15-cv-1803-EFB P |
| Plaintiff, | |
| v. | ORDER |
| LOS ANGELES COUNTY DEPUTY SHERIFFS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. His complaint arises out of events that occurred in Los Angeles County.

A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

Because Los Angeles County lies within the venue of the Western Division of the Central District of California, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(c)(2).

1

1    Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Western Division of United States District Court for the Central District of California.  *See* 28 U.S.C. § 1406(a).

DATED: August 31, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE